UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

14 APR 25 PM 3: 32



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FERMIN CHAVEZ CRUZ (1),

    Defendant.

CASE NO. 13CR4099-BEN

**JUDGMENT OF DISMISSAL**

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense as charged in the Indictment:

TITLE 21 U.S.C. §952 AND 960.

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 14, 2014

              Hon. Roger T. Benitez
              U.S. District Judge